UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY | NO. 3:01CV2360AVC |
| V. | |
| DAVID OLENOSKI, JR. AND<br>ROBERT SMOLLEY | JANUARY 19, 2004 |

MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 6, 16(b), the plaintiff, Metropolitan Property & Casualty Company ("Metropolitan"), respectfully requests the modification of the Scheduling Order originally entered in this case on April 2, 2002 and modified by orders dated November 7, 2002 and May 23, 2003 as follows: An additional extension of six months (180 days) for all deadlines set forth in the Scheduling Order which is attached as Exhibit A.[1] The grounds for this motion are set forth below.

1. This is a declaratory judgment action that was commenced on December 18, 2001. Metropolitan seeks a determination as to whether it has a duty to defend or indemnify the defendant, David Olenoski, Jr., for claims alleged in a lawsuit brought by defendant, Robert Smolley, in Connecticut Superior Court and arising out of an incident occurring February 18, 2001 during which the defendant, Robert Smolley, and others were stabbed.

January 23, 2004. The motion is denied without prejudice to its refiling with proposed dates for completing each milestone on the scheduling order.
SO ORDERED.

Alfred V. Covello, U.S.D.J.