FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY | NO. 3:01CV2360AVC |
| V. | |
| DAVID OLENOSKI, JR. AND<br>ROBERT SMOLLEY | FEBRUARY 9, 2004 |

### REQUEST FOR LEAVE OF COURT
### TO CONDUCT DEPOSITION PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 30(a)(2)

Pursuant to Federal Rule of Civil Procedure 30(a)(2), the plaintiff, Metropolitan Property & Casualty Company ("Metropolitan") hereby moves this court for permission to conduct the deposition of the defendant, David Olenoski, Jr., who is currently incarcerated at the Walker McDougal Correctional Institution.

In support of its request, the Defendant submits the following:

1. This is a declaratory judgment action that was commenced on December 18, 2001. Metropolitan seeks a determination as to whether it has a duty to defend or indemnify the defendant, David Olenoski, Jr., for claims alleged in a lawsuit brought by defendant Robert Smolley, in Connecticut Superior Court and arising out of an incident occurring February 18, 2001 during which the defendant, Robert Smolley, and others were stabbed.

2. Metropolitan is presently defending the defendant, David Olenoski, Jr., under a reservation of rights with respect to the state court action.

3. David Olenoski, Jr. was also a defendant in a criminal matter, State v. Olenoski, which arose out of the aforementioned incident.

4. On January 14, 2004, undersigned counsel learned that David Olenoski had been convicted of first degree assault and sentenced to 10 years, suspended after four and a half years and five years probation.

5. Up and until January 14, 2004, the plaintiff was unable to obtain the sworn testimony of the defendant, David Olenoski, Jr. due to the pendency of the criminal matter.

6. The Defendant, David Olenoski, Jr. is presently incarcerated at Walker McDougal Correctional Institution in Suffield, Connecticut.

7. Multiple attempts have been made to schedule this deposition in order to advance the declaratory judgment matter pending in this court. Further, the declaratory judgment matter has been prevented from progressing for approximately two years now due to the plaintiff's inability to depose the defendant, David Olenoski, Jr. Any further delay would result in prejudice to the plaintiff.

WHEREFORE, the plaintiff respectfully requests that this court grant the undersigned permission to conduct the deposition of the defendant, David Olenoski, Jr., at Walker McDougal Correctional Institution on Wednesday, March 10, 2004.

>THE PLAINTIFF
>METROPOLITAN PROPERTY AND CASUALTY
>COMPANY
>
>
>By_____
>Karen T. Gerber
>NUZZO & ROBERTS. L.L.C.

## CERTIFICATION

This is to certify that on February 9, 2004 a true copy of the foregoing Request for Leave to Conduct Deposition was mailed via first class postage prepaid to the following:

Michael Meehan, Esquire
MEEHAN, MEEHAN & GAVIN
76 Lyon Terrace
Bridgeport, CT 06604

Stephen Jacques, Esquire
MOORE, O'BRIEN,
JACQUES & YELENAK
700 West Johnson Avenue, Suite 207
Cheshire, CT 06410

Karen T. Gerber
Federal Bar No.: ct13317
Nuzzo & Roberts, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000

\\fp\nuzzo\wp\413001\139\Request for Permission to Depose David Olenoski, Jr. 2 9 04.doc