

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

METROPOLITAN PROPERTY AND                    NO. 3:01CV2360AVC
CASUALTY INSURANCE COMPANY

V.

DAVID OLENOSKI, JR. AND
ROBERT SMOLLEY                               FEBRUARY 10, 2004

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 6, 16(b), the plaintiff, Metropolitan

Property & Casualty Company ("Metropolitan"), respectfully requests the modification of

the Scheduling Order originally entered in this case on April 2, 2002 and modified by orders

dated November 7, 2002 and May 23, 2003 as follows: An additional extension of six

months (180 days) for all deadlines set forth in the Scheduling Order which is attached as

```
3:01CV2360(AVC).  February 17, 2004.  The plaintiff's motion for
an extension of time (document no. 26) is GRANTED as follows: (1)
all discovery, including depositions of all witnesses, shall be
completed by July 5, 2004; (2) the plaintiff shall designate all
trial experts and provide opposing counsel with reports from
retained experts on or before April 4, 2004, and depositions of
any such experts shall be completed by May 4, 2004; (3) the
defendant shall designate all trial experts and provide opposing
counsel with reports from retained experts on or before June 4,
2004, and depositions of any such experts shall be completed by
July 4, 2004; (4) all motions, except motions in limine incident
to a trial, shall be filed on or before August 4, 2004; (5) the
parties shall file a joint trial memorandum in accordance with
the pretrial order, which order shall accompany the jury
selection calendar, and be sent to the parties on September 4,
2004; and (6) the case shall be ready for trial by October 5,
2004.
SO ORDERED.
             Alfred V. Covello, U.S.D.J.
```