UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

METROPOLITAN PROPERTY AND                    NO.  3:01CV2360AVC
CASUALTY INSURANCE COMPANY

V.

DAVID OLENOSKI, JR. AND
ROBERT SMOLLEY                               MARCH 2, 2004

### STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1), the parties represent that this dispute has been resolved and stipulate to a dismissal of the action without prejudice and without costs, from the United States District Court, District of Connecticut, 450 Main Street, Hartford, Connecticut.

THE PLAINTIFF
METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY


By _____
Karen T. Gerber
Federal Bar No.:  ct13317
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, CT  06410
(203) 250-2000

THE DEFENDANT
DAVID OLENOSKI, JR.


By_____
    Michael Meehan, Esquire
    Federal Bar No.: ct21855
    Meehan, Meehan & Gavin
    76 Lyon Terrace
    Bridgeport, CT  06604
    (203) 333-1888


THE DEFENDANT
ROBERT SMOLLEY


By_____
    Stephen Jacques, Esquire
    Federal Bar No.: ct10405
    Moore, O'Brien, Jacques & Yelenak
    700 West Johnson Avenue, Suite 207
    Cheshire, CT  06410
    (203) 272-5881

## CERTIFICATION

This is to certify that on March 26, 2004, a true copy of the foregoing Stipulation of Dismissal was mailed via first class postage prepaid to the following:

Michael Meehan, Esquire
MEEHAN, MEEHAN & GAVIN
76 Lyon Terrace
Bridgeport, CT 06604

Stephen Jacques, Esquire
MOORE, O'BRIEN,
JACQUES & YELENAK
700 West Johnson Avenue, Suite 207
Cheshire, CT 06410

Karen T. Gerber
Federal Bar No.: ct13317
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000

LAW OFFICES • NUZZO & ROBERTS, L.L.C. • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 • JURIS NUMBER 19193
ONE TOWN CENTER • POST OFFICE BOX 747

\\fp\nuzzo\wp\413001\139\Certification - Stipulation of Dismissal 3 26 04.doc