UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Metropolitan Property &
Casualty Insurance Company

V.                                              Case Number:   3:01CV2360(AVC)

David Olenoski Jr. &
Robert Smolley

**ORDER**

_____**Stipulation for Dismissal of Case**

Doc. # **28**

**ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, March 29, 2004.


KEVIN F. ROWE, CLERK


By:   /s/ JW
      Jo-Ann Walker
      Deputy Clerk